# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Steven Lamar Leak,

                 Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                        3:04-cv-58-3

Boyd Bennett, et al

                 Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/23/05 Order.

**Signed: June 27, 2005**

Frank G. Johns, Clerk
United States District Court